# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| SHEILA WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD MICHAEL KELLER; ALPINE LOGISTICS, LLC; GREAT WEST CASUALTY COMPANY; JOHN DOES 1-10; and BUSINESS ENTITIES X, Y, and Z;<br><br>    Defendants. | Cause No. 6:23-cv-00069-BMM-KLD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with each of the parties to bear their own attorneys' fees and costs.

DATED this 22nd day of November, 2024.

_____
Brian Morris, Chief District Judge
United State District Court